

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to August 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Hilda Gonzalez                           Carmen Benavides Ramirez
          Law Office of Hilda Gonzalez Garza, P.L.L.C.    4715 S. Jackson Rd
          205 E. 5th St.                             Edinburg, TX 78539-8300
          Rio Grande City, TX 78582